UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-01846-PGB-DCI

HOWARD COHAN,

Plaintiff,

vs.

DSW SHOE WAREHOUSE, INC.
a Foreign Profit Corporation

Defendant(s).
______________________________________/

**NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, DSW SHOE WAREHOUSE, INC., a Foreign Profit Corporation, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED April 3, 2023.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com

**By: s/ Sarah C. Perez**
Sarah C. Perez
Fla. Bar No. 95715
PEREZ & MORRIS LLC
8000 Ravine's Edge Court, Suite 300
Columbus, OH 43235
Telephone: (614) 431-1500
Fax: (614) 431-3885
sperez@perez-morris.com
*Attorney for Defendant*

Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**